UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------

| TRUSTEES OF THE IRON WORKERS LOCAL UNION 17 PENSION FUND, *et al.*, | : : : : | CASE NO. 1:18-cv-2737 |
|---|---|---|
| Plaintiffs, | : : | OPINION & ORDER [Resolving Doc. 17] |
| vs. | : : | |
| 21ST CENTURY CONCRETE CONSTRUCTION INC., | : : : | |
| Defendant. | : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In this employee benefits case, Defendant 21st Century Concrete Construction, Inc.'s attorney seeks to withdraw.[1] He claims, *inter alia*, that Defendant has failed substantially to fulfill certain obligations and has made its representation unreasonably difficult.[2]

However, a corporation is not permitted to proceed *pro se* in federal court.[3] Put differently, Defendant needs an attorney. Accordingly, the Court **DENIES** defense counsel's motion to withdraw until Defendant has substitute counsel.

IT IS SO ORDERED.

Dated: April 19, 2019        *s/ James S. Gwin*
                             JAMES S. GWIN
                             UNITED STATES DISTRICT JUDGE

---

[1] Doc. 17.
[2] *Id.*
[3] *E.g.*, *Bass v. Leatherwood*, 788 F.3d 228, 230–31 (6th Cir. 2015) ("[U]nder longstanding tradition, a corporation can only appear by attorney." (internal quotation marks and emphasis omitted)). *See also* 28 U.S.C. § 1654.